IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT BOWMAN, et al.,<br><br>    Defendants. | No. C 07-00961 SBA (PR)<br><br>**<u>ORDER VACATING HEARING</u>** |

    Good cause appearing, the hearing noticed in this matter on Defendants' Motion to Set Aside Entry of Default and Default Judgment for April 1, 2008 is hereby VACATED.

    The motion will be decided without a hearing.

    IT IS SO ORDERED.

DATED: <u>3/4/08</u>

                                        SAUNDRA BROWN ARMSTRONG
                                        United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

FRED JACKSON,

        Plaintiff,

v.

ROBERT BOWMAN et al,

        Defendant.

Case Number: CV07-00961 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 5, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Fred Jackson K46860
(A4-201)
P.O. Box 1050
Soledad, CA 93960-1050

Dated: March 5, 2008

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.07\Jackson0961.2ndvacateHEARING.wpd