IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRED JACKSON,

    Plaintiff,

  v.

ROBERT BOWMAN, et al.,

    Defendants.

No. C 07-00961 SBA (PR)

**ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION**

    Defendants have requested an extension of time in which to file their motion for summary judgment. Having read and considered Defendants' ex parte request and the accompanying declaration of counsel, and good cause appearing,

    IT IS HEREBY ORDERED that Defendants' ex parte request for an extension of time is GRANTED. The time in which Defendants may file their motion for summary judgment will be extended up to and including **January 17, 2009**. Plaintiff's opposition to the dispositive motion shall be filed with the Court and served on Defendants no later than **forty-five (45) days** after the date Defendants' motion is filed. If Defendants wish to file a reply brief, they shall do so no later than **fifteen (15) days** after the date Plaintiff's opposition is filed.

    This Order terminates Docket no. 35.

    IT IS SO ORDERED.

DATED: 12/12/08

                                      SAUNDRA BROWN ARMSTRONG
                                      United States District Judge

P:\PRO-SE\SBA\CR.08\Jackson0791.EOT-MSJ.wpd

**United States District Court**
For the Northern District of California

1
2  UNITED STATES DISTRICT COURT
3  FOR THE
4  NORTHERN DISTRICT OF CALIFORNIA
5
6
7  FRED JACKSON,                                          Case Number: CV07-00961 SBA
8           Plaintiff,                                    **CERTIFICATE OF SERVICE**
9    v.
10 ROBERT BOWMAN et al,
11           Defendant.
12                                                    /

13 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 12, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Fred Jackson K46860
Delano State Prison
P.O. Box 5103
Delano, CA 93216

Dated: December 12, 2008

                                        Richard W. Wieking, Clerk
                                        By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.08\Jackson0791.EOT-MSJ.wpd         2