IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRED JACKSON,

    Plaintiff,

  v.

ROBERT BOWMAN, et al.,

    Defendants.

No. C 07-00961 SBA (PR)

**ORDER DIRECTING DEFENDANTS TO FILE REPLY**

    Plaintiff Fred Jackson, a state prisoner currently incarcerated at Delano State Prison, filed this civil action in the Monterey County Superior Court, Jackson v. Bowman, et al., Case No. M82456. Defendants removed the action to federal court.

    Before the Court is Defendants' motion for summary judgment. On March 12, 2009, Plaintiff filed an opposition. Defendants' reply was due on March 27, 2009. To date, Defendants have not filed a reply to Plaintiff's opposition to the motion for summary judgment.

    Plaintiff has raised issues in his opposition that were not addressed in Defendants' motion for summary judgment, and the Court would find it helpful to have a reply from Defendants. Accordingly, Defendants are ordered to file a reply within **seven (7) days** from the date of this Order, unless they wish to withdraw the motion.

    IT IS SO ORDERED.

DATED: 5/27/09

                                            _____
                                            SAUNDRA BROWN ARMSTRONG
                                            United States District Judge

P:\PRO-SE\SBA\CR.07\Jackson0961.EOT-Reply.wpd

**United States District Court**
**For the Northern District of California**

1  UNITED STATES DISTRICT COURT
2  FOR THE
3  NORTHERN DISTRICT OF CALIFORNIA

6  FRED JACKSON,                                  Case Number: CV07-00961 SBA
7           Plaintiff,                            **CERTIFICATE OF SERVICE**
8     v.
9  ROBERT BOWMAN et al,
10          Defendant.
                                          /

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 28, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Fred Jackson K46860
Delano State Prison
P.O. Box 5103
Delano, CA 93216

Dated: May 28, 2009

                              Richard W. Wieking, Clerk
                              By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.07\Jackson0961.EOT-Reply2.wpd