IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRED JACKSON,

    Plaintiff,

  v.

ROBERT BOWMAN, et al.,

    Defendants.

No. C 07-00961 SBA (PR)

**ORDER DIRECTING DEFENDANTS TO FILE RESPONSE TO PLAINTIFF'S MOTION TO COMPEL**

    Plaintiff Fred Jackson, a state prisoner, filed this civil action in the Monterey County Superior Court, Jackson v. Bowman, et al., Case No. M82456. Defendants removed the action to federal court.

    Before the Court is Plaintiff's motion to compel the production of responses to interrogatories, filed on September 19, 2008. To date, Defendants have not filed a response to Plaintiff's motion to compel.

    Plaintiff's motion has not been addressed directly by Defendants, and the Court would find it helpful to have a response from Defendants. Accordingly, Defendants are ordered to file a response to the motion to compel within **seven (7) days** from the date of this Order.

    IT IS SO ORDERED.

DATED: 5/28/09

                                          SAUNDRA BROWN ARMSTRONG
                                          United States District Judge

P:\PRO-SE\SBA\CR.07\Jackson0961.EOT-response2MTC.wpd

**United States District Court**
For the Northern District of California

1  UNITED STATES DISTRICT COURT
2  FOR THE
3  NORTHERN DISTRICT OF CALIFORNIA
4
5
6  FRED JACKSON,                                    Case Number: CV07-00961 SBA
7              Plaintiff,                           **CERTIFICATE OF SERVICE**
8     v.
9  ROBERT BOWMAN et al,
10             Defendant.
                                            /
11
12 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.
13
14 That on June 1, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.
15
16
17
18 Fred Jackson K46860
   Delano State Prison
   P.O. Box 5103
19 Delano, CA 93216
20
   Dated: June 1, 2009
21
                                            Richard W. Wieking, Clerk
                                            By: LISA R CLARK, Deputy Clerk
22
23
24
25
26
27
28

P:\PRO-SE\SBA\CR.07\Jackson0961.EOT-response2MTC.wpd          2