IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRED JACKSON,

    Plaintiff,

v.

ROBERT BOWMAN, et al.,

    Defendants.

No. C 07-00961 SBA (PR)

**ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO FILE REPLY TO DEFENDANTS' OPPOSITION TO HIS MOTION TO COMPEL**

Before the Court is Defendants' motion for summary judgment. On March 10, 2009, Plaintiff filed his opposition. Defendants filed their reply on June 15, 2009. Plaintiff filed a response to Defendants' reply on June 29, 2009.

Also before the Court is Plaintiff's motion to compel the production of responses to interrogatories. Defendants filed their opposition to Plaintiff's motion to compel on June 17, 2009. To date, Plaintiff has not filed his reply to their opposition.

Plaintiff states that as of June 26, 2009, he still has not received a copy of Defendants' opposition to his motion to compel; therefore, he "seeks a delay in summary judgment [sic] ruling until discovery is complete." (June 29, 2009 Response to Defs.' Reply at 7.) The Court construes Plaintiff's request as a motion for an extension of time to file his reply to Defendants' opposition to his motion to compel.

IT IS HEREBY ORDERED that Plaintiff's request for an extension of time to file a reply is GRANTED. The Court directs the Clerk of the Court to send Plaintiff a copy of Defendants' opposition to his motion to compel (docket no. 55). The time in which Plaintiff may file his reply to Defendants' opposition to his motion to compel will be extended up to and including **fifteen (15) days** from the date of this Order.

IT IS SO ORDERED.

DATED: 7/2/09

                SAUNDRA BROWN ARMSTRONG
                United States District Judge

P:\PRO-SE\SBA\CR.07\Jackson0961.Plaintiff-EOT-reply.wpd

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED JACKSON, | Case Number: CV07-00961 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| ROBERT BOWMAN et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 2, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Fred Jackson K46860
Delano State Prison
P.O. Box 5103
Delano, CA 93216

Dated: July 2, 2009

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.07\Jackson0961.Plaintiff-ECF-reply.wpd